KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| Susan Zimmerman,<br><br>              Plaintiff,<br><br>      v.<br><br>Equifax Information Services, LLC; and<br>SELCO Community Credit Union,<br>              Defendants. | CASE NO. 1:26-cv-631-CL<br><br><br>**NOTICE OF INTENT TO SETTLE WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.** |

**PLEASE TAKE NOTICE THAT** Plaintiff Susan Zimmerman and Defendant Equifax Information Services, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Equifax Information Services, LLC within 90 days once the settlement is finalized.

**SCHUMACHER LANE PLLC**

Dated: August 5, 2026          */s/ Kyle Schumacher*
                               Kyle Schumacher
                               Attorneys for Plaintiff